An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

OLD REPUBLIC HOME PROTECTION COMPANY, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 HEALTH AND WELFARE TRUST AND PLAN; BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN; AND BOARD OF TRUSTEES OF PLUMBERS AND PIPEFITTERS LOCAL UNION 525 APPRENTICE AND JOURNEYMAN TRAINING TRUST FOR SOUTHERN NEVADA,
Real Parties in Interest.

No. 68877

FILED

OCT 15 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying petitioner's motion to dismiss real parties in interest's complaint for unpaid compensation under NRS 608.150. Having considered the petition and supporting documents, we decline to intervene at this time, as an adequate remedy exists in the form of an appeal from any adverse final judgment. NRS 34.170; NRS 34.330; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197,

 

15-31446

179 P.3d 556, 558 (2008); *Smith v. Eighth Judicial Dist. Court,* 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying motions to dismiss). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Stefany Miley, District Judge
Messner Reeves LLP
Brownstein Hyatt Farber Schreck, LLP/Las Vegas
Eighth District Court Clerk